THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
 Melvin McCoy,       
 Appellant.
 
 
 

Appeal From Richland County
L. Henry McKellar, Circuit Court Judge

Opinion No. 2003-UP-67
Subbmitted November 20, 2003 - January 22, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, for Appellant

Attorney General Charles M. Condon, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Charles H. Richardson, all of Columbia; and 
 Solicitor Warren B. Giese, of Columbia; for Respondent
 
 
 

PER CURIAM: Melvin McCoy pleaded guilty under North Carolina 
 v. Alford, 400 U.S. 25 (1970), to two charges of first degree criminal sexual 
 conduct with a minor. The trial judge accepted McCoy's plea and sentenced him 
 to twenty years on each charge, suspended upon the service of eight years. Both 
 sentences were to run concurrently and McCoy was given credit for his pretrial 
 detention. 
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for McCoy attached 
 to the final brief a petition to be relieved as counsel, stating she had reviewed 
 the record and concluded McCoy's appeal is without legal merit sufficient to 
 warrant a new trial. McCoy did not file a separate pro se response brief.
After a thorough review of the record pursuant to Anders and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's 
 petition to be relieved.
APPEAL DISMISSED.
CONNOR, STILWELL, AND HOWARD, JJ., concur.